WILLIAM G. EARLE
Oregon State Bar No. 831859
E-mail address: *wearle@davisrothwell.com*
CARI WATERS
Oregon State Bar No. 042240
E-mail address: *cwaters@davisrothwell.com*
DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.
1300 SW Fifth Avenue, Suite 1900
Portland, Oregon 97201-5604
Telephone: 503-222-4422
Fax: 503-222-4428

Of Attorneys for Oregon State Bar Professional Liability Fund

FILED'07 NOV 09 10:34USDC-ORM

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PREMIUM ESCROW SERVICES, INC., a foreign corporation, ROBERTA MATOT PACKARD, TIMOTHY JOSHUA MATOT, IAN MATOT, and TROY MATOT,<br><br>Defendants. | Civil No. 04-CV-1768-PA<br><br>[PROPOSED] ORDER TO DISBURSE INTERPLEADER FUNDS |

The only interested parties in this litigation are Premium Escrow Services, Inc. and the Oregon State Bar Professional Liability Fund, as assignee of all claims and rights in the interpleader funds from Hartford Life and Accident Insurance Company, Roberta Matot Packard, Timothy Joshua Matot, Ian Matot and Troy Matot.

/////

/////

Page 1 - ORDER TO DISBURSE INTERPLEADER FUNDS
L:\33\MATOT\Pld\OrderDisburse.wpd

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
1300 Southwest Fifth Avenue, Suite 1900
Portland, Oregon 97201-5604
Telephone (503) 222-4422 • Facsimile (503) 222-4428

Upon stipulation of the parties, the Clerk is directed to disburse the monies held by Order of this Court, dated June 2, 2005, in the above-entitled case. The funds shall be disbursed as indicated below:

1. **Amount Deposited Into Court:** Two-hundred fifty thousand dollars ($250,000).

2. **Registry Fee Assessment:** Ten percent of the income earned on the investment of the funds shall be paid to the Clerk of the Court for the registry fees.

3. **Payment to Premium of America, LLC:** Seventy-five thousand dollars ($75,000) shall be paid to Premium of America, LLC, TIN 73-1675157 and its attorney, Bernard Casey, at c/o D. Borja, Two Embarcadero Center, 20th Floor, San Francisco, California 94111.

4. **Payment to Oregon State Bar Professional Liability Fund:** The remainder of the funds, together with the income earned on the investment of the funds, shall be paid to Oregon State Bar Professional Liability Fund, TIN 93-0845699 and its attorney, Cari Waters of Davis Rothwell Earle & Xochihua, at 1300 Southwest Fifth Avenue, Suite 1900, Portland, Oregon 97201.

**IT IS SO ORDERED.**

DATED this 9 day of November 2007.

Owen M. Panner
U.S. District Judge

Submitted by:
CARI WATERS
Oregon State Bar No. 04224
(503) 222-4422
Of Attorneys for Oregon State Bar
Professional Liability Fund

Page 2 - ORDER TO DISBURSE INTERPLEADER FUNDS
L:\33\MATOT\Pld\OrderDisburse.wpd

DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.
1300 Southwest Fifth Avenue, Suite 1900
Portland, Oregon 97201-5604
Telephone (503) 222-4422 • Facsimile (503) 222-4428